```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814              OK/HAV
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    ANTONIO GARDUNO-LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-123-DFL |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| ANTONIO GARDUNO-LOPEZ, | ) | |
| | ) | Date: June 14, 2007 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: David F. Levi |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, ANTONIO GARDUNO-LOPEZ, that the current Status Conference date of May 10, 2007 be vacated, and a new Status Conference date of June 14, 2007 at 10:00 a.m. be set.

   This continuance is requested because defense counsel needs additional time to prepare, to review discovery, to conduct ongoing investigation, and to review discovery with Mr. Garduno-Lopez.

   It is further stipulated and agreed between the parties that the

1  period beginning May 10, 2007 through and including June 14, 2007
2  should be excluded in computing the time within which the trial of the
3  above criminal prosecution must commence for purposes of the Speedy
4  Trial Act for defense preparation.  All parties stipulate and agree
5  that this is an appropriate exclusion of time within the meaning of
6  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
7  and that the ends of justice to be served by a continuance outweigh the
8  best interests of the public and the defendant in a speedy trial.

9  Dated: May 9, 2007                    Respectfully submitted,

10                                       DANIEL J. BRODERICK
                                         Federal Defender
11

12                                       /s/ Linda Harter
                                         LINDA HARTER
13                                       Chief Assistant Federal Defender
                                         Attorney for Defendant
14                                       ANTONIO GARDUNO-LOPEZ

15 Dated: May 9, 2007
                                         MCGREGOR W. SCOTT
16                                       United States Attorney

17
                                         /s/ Linda Harter for
18                                       KYLE REARSON
                                         Assistant U.S. Attorney
19

20                                  **ORDER**

21      Based on the parties' stipulation and good cause appearing
22 therefrom, the Court hereby adopts the stipulation of the parties in
23 its entirety as its order.  The Court specifically finds that the ends
24 of justice served by the granting of such continuance outweigh the
25 interests of the public and the defendant in a speedy trial.
26 IT IS SO ORDERED.

27 DATED:   May 10, 2007               /s/ David F. Levi
                                       DAVID F. LEVI
28                                     United States District Court

Stipulation & Order                    2